UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br>     Plaintiff, <br> v. <br> HEADWATER RESEARCH LLC, <br>     Defendant. | Case No. 25-cv-07591-AMO <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** <br><br> Re: Dkt. No. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Noël Wise for consideration of whether the case is related to *Google LLC v. Headwater Research LLC*, Case No. 5:25-cv-07453-NW.

**IT IS SO ORDERED.**

Dated: October 27, 2025

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**